UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SARAH LAMPHERE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　Defendant. | No. 5:23-cv-00018-RAO<br><br>[~~PROPOSED~~] **JUDGMENT** |

　　Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: September 5, 2023　　　　　_/s/ Rozella A. Oliver_
　　　　　　　　　　　　　　　　　HON. ROZELLA A. OLIVER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE